NELLIE W. GORTON, as Administratrix, etc., of FRED G. LANE, Deceased,

* Amd. by Laws of 1921, chap. 698, and since amd.— [REP.

Appellant, v. E. CLAIRE LANE, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.